1  SEGAL SKIGEN LLP
   LAWRENCE SEGAL [BAR NO. 101339]
2  WAYNE D. SKIGEN [BAR NO. 100249]
   9595 Wilshire Boulevard, Suite 201
3  Beverly Hills, California 90212-2504
   Telephone: (310) 550-4840
4  Facsimile: (310) 550-4848

5  Attorneys for Defendant Pride Technologies, LLC

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN DUNN and PATRICK CAMPBELL, individual and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> TEACHERS INSURANCE & ANNUITY ASSOCIATION OF AMERICA, a New York entity; EXPERIS US, INC.; PRIDE TECHNOLOGIES, LLC; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 3:13-cv-05456-EMC <br> Assigned to The Honorable Edward Chen <br><br> **PRIDE TECHNOLOGIES, LLC'S REQUEST FOR COURTCALL TELEPHONIC APPEARANCE; [PROPOSED] ORDER** (modified) <br><br> Date: June 5, 2014 <br> Time: ~~1:30 P.M.~~ 9:30 a.m. <br> Courtroom: 5 <br><br> Action Filed: November 25, 2013 |

Defendant Pride Technologies, LLC ("Pride") respectfully requests permission for its counsel, Lawrence Segal, to appear telephonically for a CourtCall telephonic calendar appearance in connection with the June 5, 2014 hearing on co-defendant Teachers Insurance & Annuity Association of America's ("TIAA") Motion to Dismiss Plaintiffs' Second Amended Complaint, a motion in which Pride joins but for which Pride has submitted no additional substantive papers.  In the alternative, Pride requests to be excused altogether from appearing in person or by telephone, as Pride does not anticipate adding anything substantive beyond the arguments made by counsel for TIAA.

1

**PRIDE TECHNOLOGIES, LLC'S REQUEST FOR COURTCALL TELEPHONIC APPEARANCE; [PROPOSED] ORDER (Case No. 3:13-cv-05456-EMC)**

This request is premised on the following: Pride's California counsel for this matter is located in Southern California. Pride has requested that its counsel appear by telephone, if permitted by the Court, in an effort to minimize the attorney's fees and travel costs resulting from attorney travel time and travel costs that Pride otherwise will incur attending the hearing in person. Pride estimates that, by attending telephonically, Pride will be able to save close to $4,000 in attorney's fees and travel costs that it otherwise will have to incur simply to join in TIAA's motion – a motion in which Pride is only joining.

Pride has contacted counsel for all of the other parties by email, asking them to consent to Pride appearing telephonically. Counsel for all parties have consented to Pride attending the Motion to Dismiss hearing by telephone.

Respectfully submitted,

DATED: May 5, 2014         SEGAL SKIGEN LLP

By */s/ Lawrence Segal*
Lawrence Segal
Wayne D. Skigen
Attorneys for Defendant Pride Technologies, LLC

### [PROPOSED] ORDER GRANTING PRIDE TECHNOLOGIES, LLC'S REQUEST FOR COURTCALL TELEPHONIC APPEARANCE

The Court, having read and considered Pride Technologies, LLC's Request for Courtcall Telephonic Appearance, hereby GRANTS Defendant Pride Technologies, LLC's request to make a CourtCall telephonic calendar appearance for the June 5, 2014 hearing at 9:30 a.m. ~~1:30 p.m.~~ on Teachers Insurance & Annuity Association of America's ("TIAA") Motion to Dismiss. [Alternatively, Pride's request to be excused from appearing in person or by telephone, thereby waiving its right to participate in oral argument, is GRANTED.] Court to call Lawrence Segal between 9:30 a.m. and 11:30 a.m. on June 5, 2014.

**IT IS SO ORDERED.**

DATED: ___5/12___, 2014

EDWARD M. CHEN
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

PRIDE TECHNOLOGIES, LLC'S REQUEST FOR COURTCALL TELEPHONIC APPEARANCE; [PROPOSED] ORDER (Case No. 3:13-cv-05456-EMC)