**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN DUNN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TEACHERS INSURANCE & ANNUITY ASSOCIATION OF AMERICA, *et al.*, <br><br> Defendants. <br> _____/ | No. C-13-5456 EMC <br><br> **ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT PRIDE TECHNOLOGIES, LLC** <br><br> **(Docket No. 56)** |

Pending before the Court is attorneys' Lawrence Segal and Wayne D. Skigen of Segal Skigen LLP (collectively "Counsel") unopposed motion for leave to withdraw as counsel for Defendant Pride Technologies, LLC ("Pride"), pursuant to California Rules of Professional Conduct 3-700(C)(1)(d) and (f). Having considered Counsel's brief, as well as oral argument, the Court hereby **GRANTS** the motion for leave to withdraw. Counsel's withdrawal is subject to the condition that all papers and e-file notifications will continue to be served on Counsel for forwarding purposes until Pride appears by other counsel, pursuant to Northern District Civil Local Rule 11-5. The Court directs Counsel to notify Pride of this condition and also notify Pride that, as a business

///
///
///
///
///

1 entity, it may appear only through a member of the bar of this Court, pursuant to Northern District
2 Civil Local Rule 3-9(b), risking an entry of default should it fail to obtain new counsel.
3     This order disposes of Docket No. 56.

5     IT IS SO ORDERED.

7 Dated: June 23, 2014

_____
EDWARD M. CHEN
United States District Judge

2