UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN DUNN and PATRICK CAMPBELL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TEACHERS INSURANCE & ANNUITY ASSOCIATION OF AMERICA, a New York Entity; EXPERIS US, INC. PRIDE TECHNOLOGIES, LLC; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 3:13-cv-05456-EMC<br><br>**[~~PROPOSED~~] ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT PRIDE TECHNOLOGIES, LLC TO FILE RESPONSIVE PLEADING**<br><br>Judge: Hon. Edward M. Chen<br>Complaint Filed: November 25, 2013<br>Trial Date:    None Set<br><br>JURY TRIAL DEMANDED |

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Dated: 7/1/14

_____
EDWARD M. CHEN
JUDGE OF THE UNITED STATES
DISTRICT

IT IS SO ORDERED
Judge Edward M. Chen

4831-1868-2396, v. 1

---

1
[PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT PRIDE TECHNOLOGIES, LLC TO FILE RESPONSIVE PLEADING)                Case No. 3:13-cv-05456-EMC