United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN DUNN, *et al.*, | No. C-13-5456 EMC |
| Plaintiffs, | |
| v. | **ORDER GRANTING IN PART PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO FILE MOTION FOR CLASS CERTIFICATION** |
| TEACHERS INSURANCE & ANNUITY ASSOCIATION OF AMERICA, *et al.*, | |
| Defendants. | |
| _____/ | **(Docket No. 103)** |

Pending before the Court is Plaintiffs' motion for a nine week extension of time to file their motion for class certification. Docket No. 103. Plaintiffs' request is **GRANTED** in part. For good cause shown, the Court will grant Plaintiffs a five week extension. Given Plaintiffs' delay in effectuating discovery, no further extension is warranted. Plaintiffs' class certification motion shall be filed by **5:30 p.m. on Thursday, December 11, 2014**. Defendants' opposition shall be filed by **5:30 p.m. on Thursday, January 15, 2015**. Plaintiffs' reply brief shall be filed by **5:30 p.m. on Thursday, February 19, 2015**. The class certification motion hearing is reset for **1:30 p.m. on Thursday**, **March 5, 2015**.

Plaintiffs' request that the Court order Defendants to present thirteen named individuals for deposition is **DENIED**. As an initial matter, Federal Rule of Civil Procedure 30 permits only 10 depositions to occur without leave of the court. *See Giuliano v. SanDisk Corp.*, No. C10-02787, 2013 WL 3942943, at *5 (N.D. Cal. July 29, 2013) ("Under Federal Rule of Civil Procedure 30, each party is limited to ten depositions, absent a court order permitting additional depositions.").

Plaintiffs have failed to cite any authority or make any substantive argument in support of their request to conduct more than ten (10) depositions. He has failed to establish cause for the additional depositions. Accordingly, Plaintiffs' request to exceed ten (10) depositions is denied.

Both sides are admonished that the Court expects the parties to cooperate fully with each other during the discovery process. Specifically, the parties *will* meet and confer regarding discovery response deadlines, deposition dates, and the like and will arrive at reasonable stipulations. In the highly unlikely event that the parties reach an impasse on a discovery issue, the parties will *promptly* bring that issue to the Court's attention as provided for in this Court's Standing Orders.

This order disposes of Docket No. 103.

IT IS SO ORDERED.

Dated: November 3, 2014

_____
EDWARD M. CHEN
United States District Judge