**In the United States District Court
for the Northern District of California
District Judge Edward M. Chen**

**CIVIL MINUTES ORDER**

**Date:**              November 25, 2014

**Case No. and Name:**    C13-5456 EMC  Dunn v. Teachers Insurance, et al.


**ORDER:**

- A discovery telephonic conference held today.  It is so ordered that the deposition of Ms. Goss, of Defendant Pride Technologies, LLC, shall occur before December 11, 2014.