Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN DUNN and PATRICK CAMPBELL, et al.,<br><br>    Plaintiff(s),<br><br>    v.<br><br>TEACHERS INSURANCE & ANNUITY ASSOCIATION, et al.,<br><br>    Defendant(s). | Case No: 3:13-cv-05456-EMC<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Andrew S. Hoffmann, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant PRIDE TECHNOLOGIES LLC in the above-entitled action. My local co-counsel in this case is Fraser A. McAlpine, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>Hoffmann & Associates<br>450 Seventh Avenue, Suite 1400<br>New York, NY 10123 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Jackson Lewis P.C.<br>50 California Street, 9th Floor<br>San Francisco, CA 94111 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(212) 679-0400 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 394-9400 |
| MY EMAIL ADDRESS OF RECORD:<br>Andrew.Hoffman@HoffmannLegal.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>Fraser.McAlpine@jacksonlewis.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1994284.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:                                                                Andrew S. Hoffmann
                                                                                    APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Andrew S. Hoffmann is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 12/1/14

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                    October 2012