1
2
3
4
5

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KATHLEEN DUNN, PATRICK CAMPBELL, FRED HICKSON, and KAREN HOBSON, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>V.<br><br>TEACHERS INSURANCE & ANNUITY ASSOCIATION OF AMERICA, a New York Entity; EXPERIS US, INC., PRIDE TECHNOLOGIES, LLC; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case Number: 3:13-cv-05456-EMC<br><br>**NOTICE OF SETTLEMENT, JOINT STIPULATION, AND ORDER**<br><br>Judge: Edward M. Chen |

**NOTICE OF SETTLEMENT, JOINT STIPULATION, AND ORDER**

COME NOW Kathleen Dunn, Patrick Campbell, Fred Hickson, and Karen Hobson ("Plaintiffs") and Teachers Insurance & Annuity Association of America, a New York Entity ("TIAA"), Experis US, Inc. ("Experis"), and Pride Technologies, LLC ("Pride") ("Defendants") (collectively, "Parties") to notify the Court that the above-styled case has been settled.

IT IS HEREBY STIPULATED AND AGREED by the Parties, and between the undersigned counsel for the respective Parties, subject to Court approval, that:

1. Any scheduled due dates or pending motions are continued pending further order of this Court; and,

2. The Parties intend to file a Joint Request for Approval of Settlement with the Court by January 9, 2015.

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Further CMC is reset from 3/5/15 to 1/22/15 at 10:30 a.m. This CMC will be vacated once a stipulation for dismissal is filed.

Dated: December 19, 2014.



_____
EDWARD M. CHEN
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

-2-

AGREED AS TO FORM AND SUBSTANCE:

| | |
|---|---|
| */s/ Gabriel A. Assaad* | */s/Fraser A. McAlpine* |
| Gabriel A. Assaad | Fraser A. McAlpine |
| gassaad@kennedyhodges.com | Mia N. Tucker |
| *Pro Hac Vice* | JACKSON LEWIS, P.C. |
| KENNEDY & HODGES, L.L.P. | 50 California Street, 9th Floor |
| 711 Alabama Street | San Francisco, CA 94111 |
| Houston, Texas 77006 | (415) 394-9401 |
| Telephone: (713) 523-0001 | |
| Facsimile: (713) 523-1116 | **ATTORNEYS FOR DEFENDANT PRIDE** |
| | |
| John M. Padilla | |
| jpadilla@pandrlaw.com | |
| Cal. Bar No. 279815 | */s/ Mark D. Kemple* |
| PADILLA & RODRIGUEZ, L.L.P. | Mark D. Kemple |
| 601 South Figueroa Street, Suite 4050 | David W. Long-Daniels |
| Los Angeles, CA 90017 | Peter N. Hall |
| Telephone: (213) 244-1401 | GREENBERG TRAURIG, LLP |
| Facsimile: (213) 244-1402 | 1840 Century Park East, Suite 1900 |
| | Los Angeles, CA 90067 |
| **ATTORNEYS FOR PLAINTIFFS** | (310) 586-0264 |
| | |
| | **ATTORNEYS FOR DEFENDANT TIAA** |
| | |
| | */s/ Christopher A. Killens* |
| | Christopher A. Killens |
| | Michael R. Phillips |
| | MCGUIRRE WOODS, LLP |
| | 1800 Century Park East, 8th Floor |
| | Los Angeles, CA 90067 |
| | (310) 956-3117 |
| | 77 West Wacker Drive, Suite 4100 |
| | Chicago, IL 60601-1818 |
| | (312) 920-6181 |
| | |
| | **ATTORNEYS FOR DEFENDANT EXPERIS** |

-3-

NOTICE OF SETTLEMENT, JOINT STIPULATION, AND ORDER
Case No. 3:13-cv-06-05456-EMC