UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN DUNN and PATRICK CAMPBELL, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TEACHERS INSURANCE & ANNUITY ASSOCIATION OF AMERICA, a New York entity; EXPERIS US, INC.; PRIDE TECHNOLOGIES, LLC and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.  3:13-CV-05456-HSG<br><br>**ORDER GRANTING MOTION TO WITHDRAW FROM ACTION AS COUNSEL FOR DEFENDANT** |

**ORDER**

Having reviewed and considered the Motion to Withdraw From Action As Counsel For Defendant filed by Attorneys Phillips, Spang and Killens of McGuireWoods LLP, and good cause appearing for the same, IT IS HEREBY ORDERED that:

The motion is GRANTED. Attorneys Phillips, Spang and Killens are relieved of their representation of Defendant and terminated as counsel of record in this case.

IT IS SO ORDERED.

Dated: February 19, 2015

HONORABLE HAYWORD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

---

1
**ORDER GRANTING MOTION TO WITHDRAW FROM ACTION AS COUNSEL FOR DEFENDANT**

64552170_1