GREENBERG TRAURIG, LLP)
DAVID W. LONG-DANIELS (PHV)
PETER N. HALL (PHV)
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: (310) 586-7700
Facsimile: (310) 586-7800

GREENBERG TRAURIG, LLP
KORAY J. BULUT (SBN 230298)
Four Embarcadero Center, Suite 3000
San Francisco, California 94112
Telephone:    (415) 655-1300
Facsimile:    (415) 707-2010
bulutk@gtlaw.com

Attorneys for Defendant
TEACHERS INSURANCE & ANNUITY ASSOCIATION OF AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| KATHLEEN DUNN and PATRICK CAMPBELL, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TEACHERS INSURANCE & ANNUITY ASSOCIATION OF AMERICA, a New York entity; EXPERIS US, INC.; PRIDE TECHNOLOGIES, LLC; and DOES 1 to 10,<br><br>Defendants. | CASE No. 3:13-cv-05456-HSG<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT JOINT SETTLEMENT AGREEMENT HEARING; ORDER**<br><br>Date:  May 7, 2015<br>Time:  2:00 p.m.<br>Dept:  Courtroom 15, 18th Floor |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Defendant Teachers Insurance & Annuity Association of America ("Defendant"), by its undersigned counsel, respectfully request the Court to allow its lead counsel, David Long-Daniels, to appear telephonically for the hearing on the Parties' Joint Motion for Approval of the Settlement Agreement, set for May 7, 2015 at 2:00 p.m. because Mr. Long-Daniels has a conflicting out-of-state court appearance on the same date. Defendant's San Francisco-based counsel, Koray Bulut, will attend the hearing in person.

DATED:  May 5, 2015                                          GREENBERG TAURIG, LLP

                          By      /s/ Koray J. Bulut
                                    Koray J. Bulut
                                    Attorneys for Defendant MEDTRONIC, INC.

**ORDER**

The Court, having reviewed Defendant's request to allow counsel David Long-Daniels to attend telephonically, and finding good cause, grants the motion. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: May 6, 2015

*Haywood S. Gilliam Jr.*

Hon. Haywood S. Gilliam, Jr.
United States District Judge

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **4 Embarcadero Center, Suite 3000, San Francisco, California 94111**.

On the date given below, I served the foregoing **REQUEST FOR TELEPHONIC APPEARANCE AT JOINT SETTLEMENT AGREEMENT HEARING; [PROPOSED] ORDER** on the interested parties in this action as follows:

☒ **(BY CM/ECF)**
Pursuant to CM/ECF System, registration as a CM/ECF user constitutes service through the Court's transmission facilities. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

☐ **(STATE)**
I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **(FEDERAL)**
I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 5, 2015, at San Francisco, California.

By: */s/ Sharon J. Skandalaris*
     Sharon J. Skandalaris

CERTIFICATE OF SERVICE