IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN DUNN, PATRICK CAMPBELL, FRED HICKSON, and KAREN HOBSON, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>V.<br><br>TEACHERS INSURANCE & ANNUITY ASSOCIATION OF AMERICA, a New York Entity; EXPERIS US, INC., PRIDE TECHNOLOGIES, LLC; and DOES 1 to 10, inclusive,<br><br>Defendants.       Defendants. | CASE NO. 3:13-cv-05456-HSG<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION TO FILE REVISED SETTLEMENT AGREEMENT |

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION TO FILE REVISED SETTLEMENT AGREEMENT**

This matter having come before the Court on Plaintiffs Kathleen Dunn's, Patrick Campbell's, Fred Hickson's, and Karen Hobson's ("Plaintiffs"), Pride Technologies, LLC's, and Teachers Insurance & Annuity Association of America's ("TIAA") (collectively "Parties") Joint Motion For Extension To File Revised Settlement Agreement; it is hereby **ORDERED** that the Motion is **GRANTED** and the Parties are granted a seven-day extension to file the revised settlement agreement up to and including February 18, 2016.

**SO ORDERED**.

Entered this 16th day of February, 2016

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE