| | |
|---|---|
| KENNEDY HODGES<br>GABRIEL ASSAAD (pro hac vice)<br>GALVIN B. KENNEDY (pro hac vice)<br>711 West Alabama Street<br>Houston, Texas  77006<br>Telephone:  (713) 523-0001<br>Facsimile:  (713) 523-1116<br>*Attorneys for PLAINTIFFS* | PADILLA & RODRIGUEZ, LLP<br>JOHN M. PADILLA (SBN 279815)<br>601 South Figueroa Street, Suite 4050<br>Los Angeles, California  90017<br>Telephone:  (213) 244-1401<br>Facsimile:  (213) 244-1402<br>*Attorneys for PLAINTIFFS* |

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN DUNN and PATRICK CAMPBELL, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>TEACHERS INSURANCE & ANNUITY ASSOCIATION OF AMERICA, a New York entity; EXPERIS US, INC.; PRIDE TECHNOLOGIES, LLC; and DOES 1 to 10, inclusive,<br><br>        Defendants. | CASE NO. 3:13-cv-05456-HSG<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR GABRIEL ASSAAD TO PARTICIPATE TELEPHONICALLY AT THE MOTION HEARING AND FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Date:            March 3, 2016<br>Time:           2:00 pm<br>Court Room:  15<br><br>Complaint Filed:       November 25, 2013 |

Before the Court is Plaintiffs' Administrative Motion for Gabriel Assaad to Participate Telephonically at the Motion Hearing and Further Case Management Conference ("Motion"). Having considered the Motion, the Court is of the opinion that Plaintiffs' Administrative Motion for Gabriel Assaad to Participate Telephonically at the

Motion Hearing and Further Case Management Conference on March 3, 2016 at 2:00 p.m. is **GRANTED.**  Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

**IT IS SO ORDERED.**

Dated: _____February 29, 2016.

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE