KENNEDY HODGES
GABRIEL ASSAAD (pro hac vice)
GALVIN B. KENNEDY (pro hac vice)
711 West Alabama Street
Houston, Texas 77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116
*Attorneys for PLAINTIFFS*

PADILLA & RODRIGUEZ, LLP
JOHN M. PADILLA (SBN 279815)
601 South Figueroa Street, Suite 4050
Los Angeles, California 90017
Telephone: (213) 244-1401
Facsimile: (213) 244-1402
*Attorneys for PLAINTIFFS*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN DUNN and PATRICK CAMPBELL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TEACHERS INSURANCE & ANNUITY ASSOCIATION OF AMERICA, a New York entity; EXPERIS US, INC.; PRIDE TECHNOLOGIES, LLC; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO. 3:13-cv-05456-HSG<br><br>**ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR GABRIEL ASSAAD TO PARTICIPATE TELEPHONICALLY AT THE FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Date: September 6, 2016<br>Time: 2:00 pm<br>Court Room: 15<br><br>Complaint Filed: November 25, 2013 |

Before the Court is Plaintiffs' Administrative Motion for Gabriel Assaad to Participate Telephonically at the Further Case Management Conference ("Motion"). Having considered the Motion, the Court is of the opinion that Plaintiffs' Administrative Motion for Gabriel Assaad to Participate Telephonically at the Further Case Management Conference on September 6, 2016 at 2:00 p.m. is **GRANTED.**

ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR GABRIEL ASSAAD TO
PARTICIPATE TELEPHONICALLY AT THE
FURTHER CASE MANAGEMENT CONFERENCE

Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

**IT IS SO ORDERED.**

Dated:  August 30, 2016

HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR GABRIEL
ASSAAD TO PARTICIPATE TELEPHONICALLY AT THE
FURTHER CASE MANAGEMENT CONFERENCE