IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEED DUNN and PATRICK CAMPBELL, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>TEACHERS INSURANCE & ANNUITY ASSOCIATION OF AMERICA, a New York entity; EXPERIS US, INC.; PRIDE TECHNOLOGIES, LLC; and DOES 1 to 10, inclusive,<br><br>    Defendants. | CASE NO. 3:13-cv-05456-**HSG**<br><br>ORDER GRANTING DEFENDANT TEACHERS INSURANCE &ANNUITY ASSOCIATION OF AMERICA'S ADMINISTRATIVE MOTION TO APPEAR TELPHONICALLY AT FURTHER CASE MANAGEMENT CONFERENCE<br><br>Date:         September 6, 2016<br>Time:        2:00 p.m.<br>Courtroom:  **10**<br><br>Complaint Filed:  November 25, 2013 |

The Court, having received, reviewed and considered Defendant TEACHERS INSURANCE & ANNUITY ASSOCIATION OF AMERICA'S ("TIAA") Administrative Motion for David W. Long-Daniels to Appear Telephonically at the Further Case Management Conference, rules as follows:

TIAA's request for its counsel to appear by telephone at the Further Case Management Conference, currently scheduled for September 6, 2016 at 2:00 p.m. is hereby **GRANTED.  Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.**

**IT IS SO ORDERED:**

DATED:  August 31, 2016

*Haywood S. Gilliam Jr.*
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

---

[PROPOSED] ORDER GRANTING DEFENDANT TIAA'S ADMINISTRATIVE MOTION FOR
DAVID W. LONG-DANIELS TO APPEAR TELEPHONICALLY
AT THE FURTHER CASE MANAGEMENT CONFERENCE