| | |
|---|---|
| KENNEDY HODGES<br>GABRIEL ASSAAD (pro hac vice)<br>GALVIN B. KENNEDY (pro hac vice)<br>711 West Alabama Street<br>Houston, Texas  77006<br>Telephone:  (713) 523-0001<br>Facsimile:  (713) 523-1116<br>*Attorneys for PLAINTIFFS* | PADILLA & RODRIGUEZ, LLP<br>JOHN M. PADILLA (SBN 279815)<br>601 South Figueroa Street, Suite 4050<br>Los Angeles, California  90017<br>Telephone:  (213) 244-1401<br>Facsimile:  (213) 244-1402<br>*Attorneys for PLAINTIFFS* |

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN DUNN and PATRICK CAMPBELL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TEACHERS INSURANCE & ANNUITY ASSOCIATION OF AMERICA, a New York entity; EXPERIS US, INC.; PRIDE TECHNOLOGIES, LLC; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO. 3:13-cv-05456-HSG<br><br>**STIPULATED REQUEST FOR FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed:         November 25, 2013 |

Pursuant to Civil Local Rule 7-12, Plaintiffs Kathleen Dunn, Patrick Campbell, Fred Hickson, and Karen Hobson ("Plaintiffs") and Defendant Experis US, Inc. ("Experis") (collectively, "the Parties") hereby file their stipulated request for Case Management Conference as follows:

WHEREAS, Plaintiffs have opted not to seek conditional certification in this matter and the Parties are continuing to discuss the potential for resolving the individual claims.

THEREFORE, THE PARTIES AGREE AND STIPULATE TO THE FOLLOWING: The Parties respectfully request that a further Case Management Conference be set in the next 30 to 60 days to establish a discovery schedule, expert deadlines and trial schedule on the individual claims in the event Plaintiffs and Experis (the remaining Defendant) are unable to settle the case.

**IT IS SO STIPULATED.**

Dated:  January 6, 2017

            By: */s/ Gabriel Assaad*
                Gabriel Assaad
                KENNEDY HODGES
                711 West Alabama Street
                Houston, Texas 77006
                Telephone: (713) 523-0001
                Facsimile: (713) 523-1116

Dated: January 6, 2017

            By: */s/ Spencer C. Skeen*
                Spencer C. Skeen
                OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
                4370 La Jolla Village Drive, Suite 990
                San Diego, California 92122
                Telephone: (858) 652-3100

| | |
|---|---|
| 1 | Pursuant to Local Rule 5-1(i)(3), I certify that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing. |

Dated:  January 6, 2017

>By: */s/ Gabriel Assaad*
>Gabriel Assaad
>KENNEDY HODGES
>711 West Alabama Street
>Houston, Texas 77006
>Telephone: (713) 523-0001
>Facsimile: (713) 523-1116

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

A further Case Management Conference is scheduled in this matter for January 17, 2017, before Judge Haywood S. Gilliam, Jr., at 2:00 p.m., in Courtroom 10, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: January 9, 2017

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Judge