| | |
|---|---|
| KENNEDY HODGES, LLP | PADILLA & RODRIGUEZ, LLP |
| GABRIEL ASSAAD (*pro hac vice*) | JOHN M. PADILLA (SBN 279815) |
| 711 West Alabama Street | 601 South Figueroa Street, Suite 4050 |
| Houston, Texas 77006 | Los Angeles, California 90017 |
| Telephone: (713) 523-0001 | Telephone: (213) 244-1401 |
| Facsimile: (713) 523-1116 | Facsimile: (213) 244-1402 |
| *Attorneys for PLAINTIFFS* | *Attorneys for PLAINTIFFS* |

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN DUNN and PATRICK CAMPBELL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TEACHERS INSURANCE & ANNUITY ASSOCIATION OF AMERICA, a New York entity; EXPERIS US, INC.; PRIDE TECHNOLOGIES, LLC; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO. 3:13-cv-05456-HSG<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION FOR JOHN M. PADILLA TO APPEAR BY PHONE AT FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Action Filed: November 25, 2013<br><br>Case Management Conference: January 17, 2017 at 2:00 p.m.<br><br>Court Room: 10 |

Before the Court is Plaintiffs' Administrative Motion for John M. Padilla to appear by phone at the Further Case Management Conference ("Motion"). Having considered the Motion, the Court is of the opinion that Plaintiffs' Administrative Motion for John M.

Padilla to Appear by Phone at the Further Case Management Conference on January 17, 2017 at 2:00 p.m. is **GRANTED.** Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

**IT IS SO ORDERED.**

Dated: _____January 11__, 2017.

*Haywood S. Gilliam, Jr.*
Haywood S. Gilliam, Jr.
United States District Judge

[PROPOSED] ORDER