UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN DUNN, ET AL.,<br><br>    Plaintiffs,<br><br>    v.<br><br>TEACHERS INSURANCE & ANNUITY ASSOCIATION OF AMERICA, et al.,<br><br>    Defendants. | Case No. 13-cv-05456-HSG<br><br>**SCHEDULING ORDER**<br><br>Re: Dkt. No. 213 |

Pursuant to the Court's instructions at the Case Management Conference held on January 17, 2017, the Court **SETS** the following schedule:

1. Deadline to Amend Pleadings: March 1, 2017;
2. Deadline to Complete Mediation: February 28, 2017;
3. Discovery Completion (Fact and Expert): April 3, 2017;
4. Last Date to Hear Dispositive Motions: April 13, 2017 at 2:00pm;
5. Pre-trial Filings: April 18, 2017;
6. Pre-trial Conference: May 2, 2017 at 3:00pm;
7. Four-day Jury Trial: May 15, 2017 at 8:30am.

**IT IS SO ORDERED.**

Dated: 1/24/2017

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge