| | |
|---|---|
| | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KATHLEEN DUNN, PATRICK CAMPBELL, FRED HICKSON, and KAREN HOBSON, individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TEACHERS ASSURANCE & ANNUITY ASSOCATION OF AMERICA, a New York Entity; EXPERIS US, INC, PRIDE TECHNOLOGIES, LLC; and DOES 1 TO 10, inclusive,<br><br>Defendants. | Case No. 3:13-cv-05456-HSG<br><br>[PROPOSED] **ORDER GRANTING DEFENDANT EXPERIS US, INC.'S ADMINISTRATIVE MOTION TO APPEAR TELEPHONICALLY AT HEARING ON PLAINTIFFS' MOTION FOR ATTORNEY FEES AND REIMBURSEMENT OF COSTS AND EXPENSES**<br><br>Complaint Filed: November 25, 2013<br>Judge: Hon. Haywood S. Gilliam Jr. |

1      The Court, having received, reviewed and considered Defendant Experis US, Inc.'s ("Defendant") Administrative Motion to Appear Telephonically at Hearing on Plaintiff's motion for attorney fees and costs, rules as follows:

     Defendant's request for its counsel to appear by telephone at the for the hearing on Plaintiff's motion for attorney fees and costs, currently scheduled for July 6, 2017 at 2:00 p.m. is **GRANTED**. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

     IT IS SO ORDERED.

Dated: June 14, 2017

*/s/ Haywood S. Gilliam, Jr.*
Haywood S. Gilliam, Jr.
United States District Judge