Gabriel A. Assaad
gassad@kennedyhodges.com
KENNEDY HODGES, LLP
711 W. Alabama Street
Houston, TX 77007
Telephone: 713.523.0001
Facsimile: 713.523.1116

John M. Padilla
jpadilla@pandrlaw.com
PADILLA & RODRIGUEZ, LLP
601 S. Figueroa Street    Suite 4050
Los Angeles, CA 90017
Telephone: 213.244.1401
Facsimile: 213.244.140

Attorneys for Plaintiffs

Spencer C. Skeen CA Bar No. 182216
spencer.skeen@ogletreedeakins.com
Frank L. Tobin CA Bar No. 166344
frank.tobin@ogletreedeakins.com
Marlene M. Moffitt CA Bar No. 223658
marlene.moffitt@ogletreedeakins.com
Tim L. Johnson CA Bar No. 265794
tim.johnson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
4370 La Jolla Village Drive, Suite 990
San Diego, CA 92122
Telephone: 858.652.3100
Facsimile: 858.652.3101

Attorneys for Defendant EXPERIS US, INC.

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KATHLEEN DUNN and PATRICK CAMPBELL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TEACHERS INSURANCE & ANNUITY ASSOCIATION OF AMERICA, a New York entity; EXPERIS US, INC.; PRIDE TECHNOLOGIES, LLC; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO. 4:13-cv-05456-HSG<br><br>**JUDGMENT** |

Pursuant to the Court's Order granting Plaintiffs' Motion for Attorneys' Fees and Costs ("Motion"), the Parties submit this Joint Proposed Judgment. (Dkt. 231 at 5.).

In the Motion, Plaintiffs sought approval of an award of $22,750 in attorneys' fees and $471.91 in costs to be taken from a court-approved $65,000 settlement resolving Plaintiffs' individual claims against Defendant Experis US, Inc. ("Experis") under the Fair Labor Standards Act, 29 U.S.C. §§ 201, et seq. and California law. (Dkt. 224 at 6; Dkt. 231 at 1.). The Court granted the Motion in full and awarded $22,750 in attorneys' fees and $471.91 in costs to be taken from the $65,000 court-approved settlement between the Parties. (Dkt. 231 at 5.).

IT IS THEREFORE ORDERED that Plaintiffs shall recover $65,000 from Experis pursuant to the Parties' settlement, and that from that amount, $22,750 is approved as attorneys' fees and $471.91 is approved as costs. This final judgment between the Parties will dispose of all remaining claims in this matter.

IT IS FURTHER ORDERED that Plaintiffs shall have all writ of execution powers and other process necessary to enforce this judgment. If payment is made by Experis within 10 days of this judgment, no execution shall issue.

All relief not expressly granted herein for either Plaintiffs or Experis is hereby DENIED.

SO ORDERED this 2nd day of August, 2017.

_____
HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE